IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AXXESS TECHNOLOGY SOLUTIONS INC, § § § Plaintiff, § § v. § EPIC SYSTEMS CORPORATION, § § Defendant. § | | Civil Action No. 3:16-CV-02893-N |

**FINAL JUDGMENT**

By separate Order of this same date, the Court granted Defendant Epic Systems Corporation motion to dismiss for lack of personal jurisdiction. Plaintiff Axxess Technology Solutions, Inc.'s ("Axxess") claims are dismissed without prejudice. Costs are taxed against Axxess. This is a final judgment

Signed January 23, 2017.

_David C. Godbey_
United States District Judge

FINAL JUDGMENT – SOLO PAGE